# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board, <br><br> *Defendants*. | Case No. 25-cv-14092-SDK-KGA <br><br> Hon. Shalina D. Kumar <br><br> **INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Exhibit 1     Declaration of Yaira Dubin

Exhibit 2     Declaration of Andy Sears