# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

COINBASE FINANCIAL MARKETS, INC.,

        *Plaintiff,*

v.

DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board,

        *Defendants.*

Case No. 2:25-cv-14092

Hon. Shalina D. Kumar
Mag. Kimberly G. Altman

## SCHEDULING ORDER ON
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Coinbase Financial Markets, Inc. ("Coinbase") filed a Complaint for Declaratory and Injunctive Relief (ECF No. 1) on December 18, 2025, and a Motion for Preliminary Injunction (ECF No. 13) on December 19, 2025. Defendants Dana Nessel, Jim

Ananich, Joni M. Thrower Davis, Andrew T. Palms, Deidre A. Lambert-Bounds, Mark Evenson, and Henry Williams (together, "Defendants") appeared with Coinbase at a status conference with the Court on January 6, 2026. Coinbase and Defendants (collectively "the parties") stipulated and agreed to a briefing schedule on Coinbase's Motion as set forth below.

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendants' opposition brief to Plaintiff's Motion for Preliminary Injunction is due on or before January 16, 2026.

2. Plaintiff's reply brief is due on or before February 6, 2026.

3. The deadline for Defendants to file a motion under Fed. R. Civ. P. 12(b) or an answer to the Complaint for Declaratory and Injunctive Relief is stayed until 14 days after the Court enters an order deciding Plaintiff's Motion for Preliminary Injunction.

**IT IS SO ORDERED**.

Date: January 12, 2026
                                               s/Shalina D. Kumar
                                               Hon. Shalina D. Kumar
                                               United States District Judge

Stipulated and Agreed:

By: /s/ John L. Thurber w/consent
John L. Thurber (P44989)
Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
Assistant Attorneys General
Alcohol & Gambling Enf. Div.
2860 Eyde Parkway, 2nd Floor
East Lansing, MI 48823
Tel:  (517) 241-0210
ThurberJ@michigan.gov
FitzsimonsL@michigan.gov
HallF2@michigan.gov

*Counsel for Defendants*

By: /s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel:  (248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com

Benjamin R. Walker
Yaira Dubin
Akash M. Toprani
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
Tel:  (212) 558-4000
walkerb@sullcrom.com
dubiny@sullcrom.com
toprania@sullcrom.com

Jeffrey B. Wall
James M. McDonald
Rishabh Bhandari
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006
Tel:  (202) 956-7500
wallj@sullcrom.com
mcdonaldj@sullcrom.com
bhandarir@sullcrom.com

*Counsel for Coinbase*