UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board, <br><br> *Defendants.* | Case No. 2:25-cv-14092 <br><br> Hon. Shalina D. Kumar <br> Mag. Kimberly G. Altman |

## ORDER GOVERNING ENFORCEMENT ACTIONS

Coinbase Financial Markets, Inc. ("Coinbase") filed a Complaint for Declaratory and Injunctive Relief (ECF No. 1) on December 18, 2025, and a Motion for Preliminary Injunction (ECF No. 13) on December 19, 2025. Defendants Dana Nessel, Jim

Ananich, Joni M. Thrower Davis, Andrew T. Palms, Deidre A. Lambert-Bounds, Mark Evenson, and Henry Williams (together, "Defendants") appeared with Coinbase at a status conference with the Court on January 6, 2026. Coinbase and Defendants (collectively, "the parties") have stipulated and agreed to a briefing schedule on Coinbase's Motion, which is reflected in the [Proposed] Scheduling Order On Plaintiff's Motion for Preliminary Injunction and submitted separately to the Court. The parties, by and through undersigned counsel, also stipulate and agree to the below.

WHEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Subject to the below notice provision, Defendants agree to refrain from taking enforcement action against Coinbase or any of its affiliates (Coinbase Global, Inc. or Coinbase, Inc.) or employees regarding any conduct relating to offering customers access to event contracts traded on a Designated Contract Market, as described in the Complaint (ECF No. 1), pending the Court's disposition of Coinbase's Motion for Preliminary Injunction (ECF No. 13).

2. Before taking any enforcement action during the pendency of Coinbase's Motion for Preliminary Injunction, Defendants must provide 48 hours' notice to Coinbase and, if Coinbase moves for a temporary restraining order within that 48 hour period, stay any enforcement action until the Court resolves Coinbase's TRO motion.

**IT IS SO ORDERED**.

Date:  January 12, 2026            s/Shalina D. Kumar
                                   Hon. Shalina D. Kumar
                                   United States District Judge

Stipulated and Agreed:

By: /s/ John L. Thurber w/consent
John L. Thurber (P44989)
Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
Assistant Attorneys General
Alcohol & Gambling Enf. Div.
2860 Eyde Parkway, 2nd Floor
East Lansing, MI 48823
Tel: (517) 241-0210
ThurberJ@michigan.gov
FitzsimonsL@michigan.gov
HallF2@michigan.gov

*Counsel for Defendants*

By: /s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel: (248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com

Benjamin R. Walker
Yaira Dubin
Akash M. Toprani
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
walkerb@sullcrom.com
dubiny@sullcrom.com
toprania@sullcrom.com

Jeffrey B. Wall
James M. McDonald
Rishabh Bhandari
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
wallj@sullcrom.com
mcdonaldj@sullcrom.com
bhandarir@sullcrom.com

*Counsel for Coinbase*