# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., | Case No. 2:25-cv-14092 |
| *Plaintiff,* | Hon. Shalina D. Kumar |
| v. | |
| DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board, | |
| *Defendants.* | |

## STIPULATION AND ORDER REGARDING
## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On December 19, 2025, the Court granted Coinbase Financial Markets, Inc.'s ("Coinbase") motion to file a 41-page brief in support of its motion for preliminary injunction. On January 16, 2026, Defendants Dana Nessel, Jim Ananich, Joni

Thrower-Davis, Andrew Palms, Deidre Lambert-Bounds, Mark Evenson, and Henry Williams (together, "Defendants") filed a motion requesting permission to file a 40-page opposition brief. (ECF No. 26.) Coinbase consented to that motion, which the Court granted on January 28, 2026.

The parties have conferred regarding Coinbase's anticipated reply brief in support of its motion for preliminary injunction and potential oral argument on Coinbase's motion. In view of Coinbase's need to respond in its reply brief to Defendants' 40-page opposition brief and the 23-page amicus brief submitted on January 26, 2026, by various Indian Tribes and Indian gaming organizations, Coinbase requested Defendants' consent to Coinbase filing a 15-page reply brief, which Defendants provided.

Further, the parties agreed to inform the Court that, should the Court desire oral argument on the motion for preliminary injunction, counsel for both parties are available February [17, 18, 19, 20, or 27], 2026, as well as March [4, 5, or 6], 2026, if any of those dates would be convenient for the Court.

WHEREFORE, THE PARTIES HEREBY STIPULATE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1. The page limit for Coinbase's reply in support of its motion for preliminary injunction is extended to 15 pages.


**IT IS SO ORDERED**.

| | |
|---|---|
| Date: February 4, 2026 | s/Shalina D. Kumar |
| | Hon. Shalina D. Kumar |
| | United States District Judge |

Stipulated and Agreed:

By: /s/ John L. Thurber w/consent
John L. Thurber (P44989)
Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
Assistant Attorneys General
Alcohol & Gambling Enf. Div.
2860 Eyde Parkway, 2nd Floor
East Lansing, MI 48823
Tel: (517) 241-0210
ThurberJ@michigan.gov
FitzsimonsL@michigan.gov
HallF2@michigan.gov

*Counsel for Defendants*

By: /s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel: (248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com

Benjamin R. Walker
Yaira Dubin
Akash M. Toprani
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
Tel: (212) 558-4000
walkerb@sullcrom.com
dubiny@sullcrom.com
toprania@sullcrom.com

Jeffrey B. Wall
James M. McDonald
Rishabh Bhandari
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 956-7500
wallj@sullcrom.com
mcdonaldj@sullcrom.com
bhandarir@sullcrom.com

*Counsel for Plaintiff*