# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., | Case No. 2:25-cv-14092 |
| *Plaintiff*, | Hon. Shalina D. Kumar |
| v. | Mag. Kimberly G. Altman |
| DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board, | |
| *Defendants*. | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' PROPOSED SUR-REPLY

Plaintiff Coinbase Financial Markets, Inc. ("Coinbase"), by and through counsel, moves the Court for an order permitting it to file a response to Defendants' proposed sur-reply (Dkt. No. 33-1).  Coinbase's proposed response is attached to this motion as Exhibit A.

Dated: February 20, 2026

Respectfully submitted,

By: /s/ Thomas W. Cranmer
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
Miller Canfield PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel:  (248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com

| | |
|---|---|
| Jeffrey B. Wall | Benjamin R. Walker |
| James M. McDonald | Yaira Dubin |
| Rishabh Bhandari | Akash M. Toprani |
| Sullivan & Cromwell LLP | Sullivan & Cromwell LLP |
| 1700 New York Avenue, N.W. | 125 Broad Street |
| Washington, D.C.  20006 | New York, NY  10004 |
| Tel:  (202) 956-7500 | Tel:  (212) 558-4000 |
| wallj@sullcrom.com | walkerb@sullcrom.com |
| mcdonaldj@sullcrom.com | dubiny@sullcrom.com |
| bhandarir@sullcrom.com | toprania@sullcrom.com |

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., | Case No. 2:25-cv-14092 |
| *Plaintiff*, | Hon. Shalina D. Kumar |
| v. | Mag. Kimberly G. Altman |
| DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board, | |
| *Defendants.* | |

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' PROPOSED SUR-REPLY**

## CONCISE STATEMENT OF ISSUE PRESENTED

1. Should this Court allow Coinbase to file a response to Defendants' proposed sur-reply to address Defendants' argument that this Court should ignore recent public statements made by the Chair of the CFTC announcing the CFTC's support for lawsuits like this one that seek to prevent encroachment on the CFTC's exclusive jurisdiction to regulate event contracts, including sports-related event contracts, an amicus brief filed by the CFTC in support of a prediction-market company's challenge to Nevada's enforcement of its gaming laws against federally regulated entities offering event contracts, and a report authored by Federal Reserve Board staff that underscores the public utility of nationwide prediction markets subject to uniform federal regulation?

## CONTROLLING OR MOST APPROPRIATE AUTHORITY

2. *Carre* v. *Nutton*, 2025 WL 3637144 (E.D. Mich. Dec. 15, 2025).

3. *FemHealth USA, Inc.* v. *Williams*, 83 F.4th 551 (6th Cir. 2023).

4. *Int'l-Matex Tank Terminals-Ill.* v. *Chem. Bank*, 2009 WL 1651291 (W.D. Mich. June 11, 2009).

Coinbase's reply brief in support of its pending motion for a preliminary injunction quoted CFTC Chair Selig's comments on January 29, 2026, reaffirming that the CFTC has "exclusive jurisdiction over commodity derivatives," such as the event contracts at issue here, and that event contracts have "operated within the CFTC's regulatory perimeter for more than two decades."  Dkt. No. 32 at 2.  Defendants subsequently filed a motion asking the Court to either "disregard" Chair Selig's remarks or grant Defendants leave to submit a sur-reply to address them.  Dkt. Nos. 33, 33-1.  Defendants' request that the Court ignore the CFTC Chair's statements is unsurprising: those statements undermine Defendants' position that the CFTC does not have exclusive jurisdiction over the event contracts Defendants seek to regulate under state law.

And now the CFTC has further weighed in through an amicus brief filed three days ago in a related action currently pending in the U.S. Court of Appeals for the Ninth Circuit.[1]  Consistent with Chair Selig's earlier statements, the brief elucidates the CFTC's view—consistent with the plain text of the Commodity Exchange Act—that the Act's grant of exclusive jurisdiction to the CFTC encompasses event contracts traded on federally registered exchanges, including sports-related event contracts.  And that grant of exclusive jurisdiction to the CFTC preempts Michigan's laws here.

---

[1] Chair Selig also wrote an op-ed entitled "States Encroach on Prediction Markets" that appeared in the February 16 edition of *The Wall Street Journal*.

Although Coinbase does not oppose Defendants' request to file a sur-reply, the Court should reject Defendants' call to "disregard" Chair Selig's and the CFTC's recent pronouncements.  Defendants argue that a movant may not make new arguments in a reply brief that it "could and should have raised" previously, *Int'l-Matex Tank Terminals-Ill.* v. *Chem. Bank*, 2009 WL 1651291, at *2 (W.D. Mich. June 11, 2009), but Coinbase submitted its opening brief *before* Chair Selig made his statements and the CFTC submitted its amicus brief.  Coinbase obviously could not have referenced statements that had not yet been made or a brief that had not yet been filed.  The Court should not ignore relevant, on-point actions by the CFTC that refute the narrative of CFTC inaction that Defendants and their amici have presented in this case.

To the contrary, the Court should rule on Coinbase's motion for a preliminary injunction after taking into account all "of the circumstances that bear on the need for prospective relief," including events that have occurred while briefing has been ongoing.  *FemHealth USA, Inc.* v. *Williams*, 83 F.4th 551, 554 (6th Cir. 2023) (quoting *Salazar* v. *Buono*, 559 U.S. 700, 714 (2010) (plurality opinion)).  To that end, and consistent with the notion that "the moving party is entitled to the last word," *Carre* v. *Nutton*, 2025 WL 3637144, at *1 (E.D. Mich. Dec. 15, 2025), Coinbase hereby requests leave to file a response to Defendants' proposed sur-reply to address both Defendants' new arguments as well as the actions by Chair Selig and the CFTC and a staff report published by the Federal Reserve Board after Coinbase filed its reply brief.  A copy of

Coinbase's proposed response is attached hereto as Exhibit A for the Court's consideration.

| | |
|---|---|
| Dated: February 20, 2026 | Respectfully submitted, |
| | By: /s/ Thomas W. Cranmer<br>Thomas W. Cranmer (P25252)<br>Matthew P. Allen (P57914)<br>Miller Canfield PLC<br>840 W. Long Lake Rd., Ste. 150<br>Troy, MI 48009<br>Tel: (248) 879-2000<br>cranmer@millercanfield.com<br>allen@millercanfield.com |
| Jeffrey B. Wall<br>James M. McDonald<br>Rishabh Bhandari<br>Sullivan & Cromwell LLP<br>1700 New York Avenue, N.W.<br>Washington, D.C. 20006<br>Tel: (202) 956-7500<br>wallj@sullcrom.com<br>mcdonaldj@sullcrom.com<br>bhandarir@sullcrom.com | Benjamin R. Walker<br>Yaira Dubin<br>Akash M. Toprani<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Tel: (212) 558-4000<br>walkerb@sullcrom.com<br>dubiny@sullcrom.com<br>toprania@sullcrom.com |

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

Thomas W. Cranmer of Miller, Canfield, Paddock and Stone, P.L.C. states that on February 20, 2026 he served a copy of the foregoing document using the ECF system which will send notification of such filing to all counsel of record.

By: /s/ *Thomas W. Cranmer*
Thomas W. Cranmer (P25252)