## **INDEX OF EXHIBITS**

A. Plaintiff's [Proposed] Response to Defendants' [Proposed] Sur-Reply