# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| COINBASE FINANCIAL MARKETS, INC., <br><br>        *Plaintiff,* <br><br> v. <br><br> DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board, <br><br>        *Defendants.* | Case No. 2:25-cv-14092 <br><br> Hon. Shalina D. Kumar |

## STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On February 20, 2026, the Coinbase Financial Markets, Inc. ("Coinbase") filed a Notice of Supplemental Authority (ECF No. 35) and a Motion for Leave to File a Response to Defendant's Proposed Sur-Reply (ECF No. 34) and accompanying 96-

page Exhibit A, titled Plaintiff's Proposed Response to Defendant's Proposed Sur-Reply (ECF No. 34-2).

On March 2, 2026, Defendants Dana Nessel, Jim Ananich, Joni Thrower-Davis, Andrew Palms, Deidre Lambert-Bounds, Mark Evenson, and Henry Williams (together, "Defendants") filed an Objection to Plaintiff's February 20, 2026 Filings (ECF No. 36).

The City of Detroit has contacted the parties to request their concurrence on the City's submission of an amicus curiae brief in this matter.

The parties have conferred regarding Defendants' proposed withdrawal of their prior objection and submission of a response instead.

WHEREFORE, THE PARTIES HEREBY STIPULATE, SUBJECT TO THE COURT'S APPROVAL, AS FOLLOWS:

1.      Defendants agree to withdraw their Objection to Plaintiff's February 20, 2026 Filings (ECF No. 36).

2.      The parties agree that Defendants may instead file a Response to Plaintiff's February 20, 2026 Filings on or before March 27, 2026.

3.      The parties agree that the City of Detroit may submit an amicus curiae brief on or before April 3, 2026.

**IT IS SO ORDERED**.

Date:  March 26, 2026

s/Shalina D. Kumar
Hon. Shalina D. Kumar
United States District Judge

Stipulated and Agreed:

By: /s/Lauren E. Fitzsimons
Lauren E. Fitzsimons (P82997)
Felepe H. Hall (P59533)
John L. Thurber (P44989)
Assistant Attorneys General
Alcohol & Gambling Enf. Div.
2860 Eyde Parkway, 2nd Floor
East Lansing, MI 48823
Tel:  (517) 241-0210
ThurberJ@michigan.gov
FitzsimonsL@michigan.gov
HallF2@michigan.gov

David S. Slovick
Special Assistant Attorney General
Kopecky Schumacher Rosenburg LLC
120 N. LaSalle Street, Suite 2000
Chicago, IL 60602
dslovick@ksrlaw.com

*Counsel for Defendants*

By: s/Matthew P. Allen w/perm.
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel:  (248) 879-2000
cranmer@millercanfield.com
allen@millercanfield.com

Benjamin R. Walker
Yaira Dubin
Akash M. Toprani
Sullivan & Cromwell LLP
125 Broad Street
New York, NY  10004
Tel:  (212) 558-4000
walkerb@sullcrom.com
dubiny@sullcrom.com
toprania@sullcrom.com

Jeffrey B. Wall
James M. McDonald
Rishabh Bhandari
Sullivan & Cromwell LLP
1700 New York Avenue, N.W.
Washington, D.C.  20006
Tel:  (202) 956-7500
wallj@sullcrom.com
mcdonaldj@sullcrom.com
bhandarir@sullcrom.com

*Counsel for Plaintiff*

Dated: March 24, 2026