UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Coinbase Financial Markets,
Inc.,

                    Plaintiff(s),

v.                                                    Case No. 4:25−cv−14092−SDK−KGA
                                                      Hon. Shalina D. Kumar
Dana Nessel, et al.,

                    Defendant(s),
_____

## NOTICE OF MOTION HEARING

   You are hereby notified to appear before District Judge Shalina D. Kumar at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan.  The following motion(s) are scheduled for hearing:

> Motion for Preliminary Injunction − #13
> Motion − #33
> Motion for Leave to File − #34

   • MOTION HEARING:  June 24, 2026 at 10:30 AM


## Certificate of Service

   I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                              By: s/T. Hallwood_____
                                  Case Manager


Dated:  May 26, 2026