## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

COINBASE FINANCIAL MARKETS, INC.,

      Plaintiff,

    v.

DANA NESSEL, in her official capacity as Attorney General of Michigan; JIM ANANICH, in his official capacity as Board Chair of the Michigan Gaming Control Board; JONI M. THROWER DAVIS, in her official capacity as Member of the Michigan Gaming Control Board; ANDREW T. PALMS, in his official capacity as Member of the Michigan Gaming Control Board; DEIDRE A. LAMBERT-BOUNDS, in her official capacity as Member of the Michigan Gaming Control Board; MARK EVENSON, in his official capacity as Member of the Michigan Gaming Control Board; and HENRY WILLIAMS, in his official capacity as Executive Director of the Michigan Gaming Control Board,

      Defendants.

Case No. 4:25-cv-14092

Hon. Shalina D. Kumar

Mag. Kimberly G. Altman

## NOTICE OF APPEAL

Notice is hereby given that, pursuant to 28 U.S.C. § 1292(a)(1), Plaintiff Coinbase Financial Markets, Inc., appeals to the United States Court of Appeals for the Sixth Circuit from this Court's Amended Opinion and Order (ECF No. 58) dated

-1-

August 7, 2026, denying Plaintiff's Motion for Preliminary Injunction (ECF No. 13).

Dated:        August 7, 2026            Respectfully submitted,

By: */s/ Thomas W. Cranmer*
Thomas W. Cranmer (P25252)
Matthew P. Allen (P57914)
Miller Canfield PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel:  248.879.2000
cranmer@millercanfield.com
allen@millercanfield.com

Yaira Dubin
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193
Tel:  212.351.2400
ydubin@gibsondunn.com

Judson O. Littleton
Gibson, Dunn & Crutcher LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel:  202.955.8500
jlittleton@gibsondunn.com

*Attorneys for Coinbase Financial Markets, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: */s/ Thomas W. Cranmer*
Thomas W. Cranmer (P25252)
Miller Canfield PLC
840 W. Long Lake Rd., Ste. 150
Troy, MI 48009
Tel:  248.879.2000
cranmer@millercanfield.com

Dated:       August 7, 2026